UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

United States of America

v.                                                              CASE NO.  3:89-cr-00029-TJC-MCR

JORGE OCHOA-VASQUEZ
FABIO OCHOA-VASQUEZ
NESTOR CASTRILLON-MONCADA
JAIRO CORREA-ALZATE
CARLOS ALBERTO HOYOS-ARIAS
ARCESIO JARAMILLO-SUAREZ
CESAR LONDONO
ROGELIO ANIBAL CASTRO-RODRIGUEZ
ENRIQUE ECHEVERRY
CARLOS AUGUSTO MEJIA-JIMENEZ
LUIS FERNANDO SUAREZ-PINZON
MARIO TORRES-VELASQUEZ

## UNITED STATES' RESPONSE TO ORDER

United States of America files this response to the Court's July 25, 2024, Order, and sets forth below the status of the case and its prosecutorial intentions as follows:

1. On February 24, 1989, the original indictment in this case was returned by a federal grand jury in Jacksonville which charged a number of individuals with various drug related offenses, including Pablo Escobar-Gaviria. Thereafter, several superseding indictments were returned which charged, among others, the defendants listed in the above-captioned case who remain fugitives.

2. The indictment in this case was returned against the defendants prior to 1997 making it legally impossible to extradite the defendants from their home country, Colombia, South America.

3. Law Enforcement Officers continue to the monitor the status of the defendants. Specifically, the United States Marshals have been actively working with their Columbian counterparts in order to ascertain the whereabouts of the Defendants, who may be incarcerated in Columbia. The USMS is in the process of sending agents to Columbia in order to continue to monitor and assess the status of the listed defendants.

4. In the meantime, the United States respectfully requests that this Court refrain from dismissal, and further states its intention to prosecute the defendants, if and when they are apprehended. The defendants' calculated decision to become a fugitive from justice should not be rewarded by the dismissal of the pending charges.

WHEREFORE, the United States respectfully advises the Court that it intends to continue in its attempts to locate and prosecute the defendants, and respectfully requests that this Court refrain at this time from entering an order of dismissal.

        Respectfully submitted,

        ROGER B. HANDBERG
        United States Attorney

By:   s/ *John Cannizzaro*
        JOHN CANNIZZARO
        Assistant United States Attorney
        FL Bar No. 25790
        300 N. Hogan Street, Suite 700
        Jacksonville, Florida 32202
        Telephone:  (904) 301-6300
        Facsimile:   (904) 301-6310
        E-mail: john.cannizzaro@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 20, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

*s/ John Cannizzaro*
JOHN CANNIZZARO
Assistant United States Attorney