UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:89-cr-00029-TJC-MCR

FABIO OCHOA-VAZQUEZ

**PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, states to the Court as follows:

1. An indictment, charging the defendant with crimes against the United States, is pending in this Court against FABIO OCHOA-VAZQUEZ in the above styled case, and it is set for initial appearance and/or other court proceedings as to said defendant in Jacksonville, Florida, on January 28, 2025 at 11:00 a.m.

2. The defendant is now confined in Immigrations and Customs Enforcement (ICE) Custody at the St. Clair County Jail, 1170 Michigan Road, Port Huron, Michigan, 48060.

3. It is necessary to have said defendant before this Court for initial appearance as aforesaid.

WHEREFORE, this petitioner prays that this Honorable Court issue a Writ of Habeas Corpus Ad Prosequendum, directing any United States Marshal to proceed to the aforesaid penal institution and there take into custody the body of the said defendant and have him before this Court at the time and place above specified for

initial appearance and/or other court proceedings, and upon completion of proceedings in this case to return the said defendant to the custody of the United States Immigrations and Customs Enforcement Custody, and also directing ICE to deliver the said defendant from the St. Clair County Jail into the custody of any United States Marshal for the aforesaid purpose.

Date: December 5, 2024.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:  /s/ John Cannizzaro
JOHN CANNIZZARO
Assistant United States Attorney
Florida Bar No. 25790
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone:   (904) 301-6300
Facsimile:   (904) 301-6310
E-mail:  john.cannizzaro@usdoj.gov