UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:89-cr-00029-TJC-MCR

FABIO OCHOA-VAZQUEZ

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO:  ANY UNITED STATES MARSHAL; and

    United States Immigration and Enforcement Officers located at:
    St. Clair County Jail
    1170 Michigan Road
    Port Huron, Michigan 48060

It appearing from the petition of the United States of America that the defendant in the above case, FABIO OCHOA-VAZQUEZ, is confined in ICE Custody at the St. Clair County Jail, 1170 Michigan Road, Port Huron, Michigan, 48060, and that this case is set for initial appearance and/or other court proceedings as to said defendant on January 28, 2025, at 11:00 a.m., and that it is necessary for the said defendant to be before this Court for said proceeding:

NOW, THEREFORE, this is to command you, any United States Marshal, that you have the body of the said FABIO OCHOA-VAZQUEZ, now detained in ICE custody as aforesaid, under safe and secure conduct, before this Court on January 28, 2025, at Jacksonville, Florida, by or before 11:00 a.m., for initial appearance and/or other court proceedings on criminal charges pending against him

in this cause.

And this is to command you, ICE officials at the St. Clair County Jail, to deliver into custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of the said defendant for safe and secure conduct to this District for the purpose aforesaid.

FURTHERMORE, this is to command you, any United States Marshal, that upon completion of all further proceedings in this case that you return FABIO OCHOA-VAZQUEZ, with all convenient speed, under safe and secure conduct to the custody of ICE.

DONE and ORDERED at Jacksonville, Florida, this 9th day of December, 2024.

                                        _____
                                        MONTE C. RICHARDSON
                                        United States Magistrate Judge